UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| LISA M. SHAHEEN,<br><br>       Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP-DELAWARE<br><br>       Defendant. | Case No.  2:07-cv-12799<br><br>Honorable Patrick J. Duggan<br>Honorable Donald A. Scheer |
| Brian P. Parker (P48617)<br>LAW OFFICES OF BRIAN P. PARKER, PC<br>**Attorney for Plaintiff**<br>30700 Telegraph Road, Suite 1580<br>Bingham Farms  MI  48025<br>(248) 642-6268<br>lemonlaw@ameritech.net | Michael J. Hodge (P25146)<br>Scott R. Eldridge (P66452)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>**Attorneys for Defendant GC Services LP**<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>Email: hodge@millercanfield.com<br>Email: eldridge@millercanfield.com |

## PARTIES' JOINT STIPULATION FOR ORDER OF DISMISSAL

   NOW COMES Lisa M. Shaheen, Plaintiff herein, and GC Services Limited Partnership, Defendant herein, by and through their undersigned counsel, and hereby stipulate as follows:

   (1)   Lisa M. Shaheen hereby dismisses, with prejudice, all claims pending or which could have been brought in this action against GC Services Limited Partnership.

   (2)   Each party named in this stipulation shall be responsible for his/its own costs.

   (3)   A proposed order is attached for the Court's convenience.

        Respectfully submitted,
        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
        Michael J. Hodge (P25146)
        Scott R. Eldridge (P66452)


By: s/ Scott R. Eldridge
    Scott R. Eldridge
    Attorneys for Defendant
    One Michigan Avenue, Suite 900
    Lansing, MI  48933
    (517) 487-2070
    email: hodge@millercanfield.com

DATED:  January 16, 2008

LAW OFFICES OF BRIAN P. PARKER, P.C.

By: s/ Brian P. Parker  (by SRE w/ permission)

    Brian P. Parker (P48617)
    Attorney for Plaintiff
    30700 Telegraph Road, Suite 1580
    Bingham Farms, MI  48025
    (248) 642-6268
    lemonlaw@ameritech.net

DATED:  January 16, 2008

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| LISA M. SHAHEEN, | Case No.  2:07-cv-12799 |
| --- | --- |
| Plaintiff, | |
| | Honorable Patrick J. Duggan |
| . | Honorable Donald A. Scheer |
| GC SERVICES LIMITED PARTNERSHIP-DELAWARE | |
| Defendant. | |
| Brian P. Parker (P48617)<br>LAW OFFICES OF BRIAN P. PARKER, PC, | Michael J. Hodge (P25146)<br>Scott R. Eldridge (P66452) |

| | |
|---|---|
| **Attorney for Plaintiff**<br>30700 Telegraph Road, Suite 1580<br>Bingham Farms  MI  48025<br>(248) 642-6268<br>lemonlaw@ameritech.net | **MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**<br>**Attorneys for Defendant GC Services LP**<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>Email: hodge@millercanfield.com<br>Email: eldridge@millercanfield.com |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation:

(1)  All claims pending or which could have been brought in this action against GC Services Limited Partnership by Lisa M. Shaheen are hereby dismissed with prejudice.

(2)  Each party named herein shall be responsible for his/its own costs.

**IT IS SO ORDERED.**

                      s/Patrick J. Duggan
                      Patrick J. Duggan
                      United States District Judge

Dated: January 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 17, 2008, by electronic and/or ordinary mail.

                      s/Marilyn Orem
                      Case Manager